**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6478**

ROBERT PEOPLES,

Plaintiff - Appellant,

v.

KARL VONMUTIUS, Sargeant, Lieber Correctional Institution;
D. NUNNALLY, Captain, Lieber Correctional Institute; KEVIN
WILLIAMS, Officer, Liber Correctional Institute; URIEL
PALMER, Officer, Lieber Correctional Institute; OFFICER COX;
MARK SELBY, Officer, Lieber Correctional Institute; ALBERT
SMITH, Corporal, Lieber Correctional Institute; DENISE
NORWOOD, Nurse, Lieber Correctional Institute; WILLIAM
BRIGHTHART, Captain, Lieber Correctional Institute,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Cameron McGowan Currie, District
Judge. (1:08-cv-03977-CMC-BHH)

Submitted: August 26, 2010        Decided: September 2, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Robert Peoples, Appellant Pro Se. Andrew Todd Darwin, Ginger
Goforth, HOLCOMBE, BOMAR, GUNN & BRADFORD, PA, Spatanburg, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Peoples seeks to appeal the magistrate judge's nondispositive orders entered on February 18, 2010, and February 25, 2010. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Peoples seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. Peoples' motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3